# United States District Court for the Northern District of Illinois

Case Number: 08CV2925        Assigned/Issued By: J. N.

Judge Name: GOTTSCHALL      Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                         Receipt #: 2792454

Date Payment Rec'd: 5-20-08              Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on _5-20-08_ as to _DEFENDANT_____
                                      (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05